

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

December 1, 2016

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

Hon. Deborah Nekhom
Judge, County Criminal Court No. 4
Tim Curry Criminal Justice Center
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Criminal County Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St., 2nd Floor
Fort Worth, TX 76196-4401
* DELIVERED VIA E-MAIL *

Barry G. Johnson
2821 E. Lancaster
Fort Worth, TX 76103
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   02-16-00397-CR, 02-16-00398-CR
        Trial Court Case Number:    1439829, 1439830

Style:   Anthony David Galvan
       v.
       The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*